IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-00086-RPM

Air Control Science, Inc., a Nevada Corporation

       Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

       Defendant.

_____

ORDER GRANTING JOINT MOTION TO AMEND
CASE PLAN AND SCHEDULING ORDER
_____

On April 26, 2006, the parties filed a Joint Motion to Amend the Case Plan and Scheduling Order requesting an extension of time of one month for certain discovery dates. The Court has reviewed the Motion and finds that good cause has been shown to grant the Joint Motion.

IT IS THEREFORE ORDERED that the Case Plan and Scheduling Order in this case, dated July 12, 2005, as amended on February 15, 2006, is hereby further amended as follows:

    a.    The deadline for factual discovery is extended from May 15, 2006 to June 15, 2006.

    b.    The date for the parties to disclose information concerning expected expert witnesses to testify on issues for which that party has the burden of proof is extended from June 15, 2006 to July 15, 2006.

    c.    The date for the parties to disclose information concerning expected rebuttal expert witnesses intended to testify on issues for which the party does not have the burden of proof is extended from July 15, 2006 to August 15, 2006.

    d.    The date for closing of expert discovery is extended from September 1, 2006 to October 1, 2006.

    e.    The date for filing of all dispositive motions from to October 1, 2006 to November 1, 2006.

Dated: April 28th, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch  
Senior District Judge