IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-86 RPM (MJW)

Air Control Science, Inc., a Nevada Corporation

       Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

       Defendant.

_____

ORDER GRANTING AGREED MOTION
TO FILE FIRST AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIM
AND LIMITED WRITTEN DISCOVERY EXTENSION

       On May 26, 2006, the parties filed an Agreed Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaim and Limited Written Discovery Extension. The Court has reviewed the Motion and finds that good cause has been shown to grant the Agreed Motion.

       IT IS THEREFORE ORDERED that the Defendant, Martin Engineering Company, is granted leave to file the First Amended Answer to Complaint, Affirmative Defenses and Counterclaim. Plaintiff shall have twenty (20) days to reply.

       IT IS FURTHER ORDERED that the Case Plan and Scheduling Order in this case, as amended on February 15 and April 28, 2006, is further amended as follows:

The deadline for the Plaintiff to complete factual discovery by service of requests for production of documents and things, and by service of no more than five (5) interrogatories, all limited to the inequitable conduct issues that are the subject of paragraphs 53-106 of the Defendant's First Amended Answer to Complaint, Affirmative Defenses, and Counterclaim, is extended from June 15, 2006 to July 5, 2006.

Dated: May 30th , 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch
                                  Senior District Judge

Civil Action No.        05-CV-86 RPM (MJW)

I do hereby certify that I have mailed a copy of the attached to the following:

Dated: _____ , 2006

GREGORY C. LANGHAM, CLERK

By: _____
Glenna Drake, Secretary

Peter J. Korneffel, Jr.
E. Tim Walker
410 17th Street, 22nd Floor
Denver, CO 80202-4437
303/223-1116

Peter Gergely
Merchant & Gould
1050 17th Street
Suite 1950
Denver, CO 90265-0100
303/357-1670

Dennis M. McWilliams
Jeffrey R. Gray
Mark A. Hagedorn
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: 312-357-1313
CHDS01 JGRAY 335029v1

John Fischer
Air Control Science, Inc.
6560 Odell Place, Suite A
Boulder, CO 80301