IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-86 RPM (MJW)

Air Control Science, Inc., a Nevada Corporation

       Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

       Defendant.

_____

ORDER GRANTING DEFENDANT LEAVE TO TAKE THE DEPOSITION OF SAMUEL DIGIROLAMO AFTER THE CLOSE OF FACT DISCOVERY

       On June 6, 2006, the parties filed an Agreed Motion for Leave to Take The Deposition Of Samuel Digirolamo After The Close Of Fact Discovery. The Court has reviewed the Motion and finds that good cause has been shown to grant the Agreed Motion.

       IT IS THEREFORE ORDERED that the Defendant, Martin Engineering Company, is granted leave to take the deposition of Samuel Digirolamo on June 21, 2006 at a time and place mutually acceptable to the parties and deponent.

       Dated: June 7th, 2006

                                                     BY THE COURT:

                                                   s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch
                                                 Senior District Judge