# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2006

GREGORY C. ....... M
CLER

Civil Action No. 05-cv-00086-RPM-MJW

Air Control Science, Inc., a Nevada Corporation

Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

Defendant.

---

## ~~PROPOSED~~ AGREED ORDER AMENDING SCHEDULE

---

As a compromise in this matter, the parties agree to the following resolution with respect to Plaintiff's Motion to Amend the Scheduling Order:

1.     Defendant withdraws its objection to Plaintiff's Motion filed June 19, 2006.

2.     The parties agree, subject to the Court's approval, that the scheduling order be amended to allow ACS until August 15, 2006, to resolve in the Georgia District Court, a Motion to Compel Discovery with respect to its prior Subpoena to Georgia Power.

3.     All other fact discovery remains closed. However, the parties understand they have the duty to supplement their disclosures and discovery responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, which is not affected by this Order.

4.    Expert Witness Disclosures are rescheduled from July 15th to September 15, 2006.

5.    Rebuttal Expert Witness Disclosures are rescheduled from August 15th to October 15, 2006.

6.    Completion of Expert Discovery is rescheduled from October 1st to December 1, 2006.

7.    Filing of Dispositive Motions is rescheduled from November 1, 2006 to January 1, 2007.

IT IS SO ORDERED.

Dated: June 30 , 2006

BY THE COURT:

Richard P. Matsch
Senior District Judge