# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00086-RPM-MJW

Air Control Science, Inc., a Nevada Corporation

        Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

        Defendant.

### ORDER GRANTING THE PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COURT'S SCHEDULING ORDER RELATING TO THE DEPOSITION AND INSPECTION OF GEORGIA POWER COMPANY

THIS MATTER, having come before the Court on Plaintiff Air Control Science, Inc.'s Unopposed Motion To Amend The Court's Scheduling Order, and the Court having reviewed the Motion, any response, the file, and now being fully advised,

HEREBY finds that good cause has been shown and ORDERS that the Motion is GRANTED. The Case Scheduling Order is modified as follows:

1. Air Control is given up to and including October 15, 2006 to resolve the Motion to Compel filed in the Middle District of Georgia and complete any ensuing deposition and inspection relating only to installations at Georgia Power Plant Scherer;

2. The party carrying the burden under Fed. R. Civ. P. 26(a)(2) shall disclose all expert witnesses on or before November 15, 2006;

3. All rebuttal expert witness shall be disclosed on or before December 15, 2006;

4. All expert discovery shall be closed on or before February 1, 2007; and,

5. All dispositive motions shall be filed on or before March 1, 2007.

Dated this 15th day of August, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Senior District Judge

8740\9\997192.1