IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00086-RPM-MJW

Air Control Science, Inc., a Nevada Corporation

    Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

    Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED THIRD MOTION TO AMEND THE COURT'S SCHEDULING ORDER RELATING TO THE DEPOSITION AND INSPECTION OF GEORGIA POWER COMPANY**

THIS MATTER, having come before the Court on Plaintiff Air Control Science, Inc.'s Unopposed Third Motion To Amend The Court's Scheduling Order, and the Court having reviewed the Motion, any response, the file, and now being fully advised,

HEREBY finds that good cause has been shown and ORDERS that the Motion is GRANTED. The Case Scheduling Order is modified as follows:

1. Air Control is given up to and including November 15, 2006 to conduct the deposition and inspection relating only to installations at Georgia Power Plant Scherer;

2. The party carrying the burden under Fed. R. Civ. P. 26(a)(2) shall disclose all expert witnesses on or before December 15, 2006;

3. All rebuttal expert witness shall be disclosed on or before January 15, 2007;

4. All expert discovery shall be closed on or before March 1, 2007; and,

5. All dispositive motions shall be filed on or before April 2, 2007.

Dated this 12th day of October, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge