**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00086-RPM-MJW

Air Control Science, Inc., a Nevada Corporation

        Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

        Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED FOURTH
MOTION TO AMEND THE COURT'S SCHEDULING ORDER**

THIS MATTER, having come before the Court on Plaintiff Air Control Science, Inc.'s Unopposed Fourth Motion To Amend The Court's Scheduling Order, and the Court having reviewed the Motion, the file, and now being fully advised,

HEREBY finds that good cause has been shown and ORDERS that the Motion is GRANTED. The remaining deadlines in the Case Scheduling Order are modified as follows:

1. All rebuttal expert witness shall be disclosed on or before February 16, 2007;

2. All expert discovery shall be closed on or before April 2, 2007; and,

3. All dispositive motions shall be filed on or before May 2, 2007.

Dated this 9th day of January, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
United States District Court Judge