# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00086-RPM-MJW

Air Control Science, Inc., a Nevada Corporation

    Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

    Defendant.

## ORDER GRANTING PARTIES' AGREED MOTION TO AMEND THE COURT'S SCHEDULING ORDER AND EXTEND DEFENDANT'S DATE OF RESPONSE RE PLAINTIFF'S MOTION IN LIMINE

THIS MATTER, having come before the Court on the Parties' Agreed Motion To Amend The Court's Scheduling Order And Extend Defendant's Date Of Response Re Plaintiff's Motion In Limine, and the Court having reviewed the Motion, the file, and now being fully advised,

HEREBY finds that good cause has been shown and ORDERS that the Motion is GRANTED. Defendant Martin Engineering Company's deadline for filing a response to Plaintiff's Motion In Limine (Doc. #99) is hereby extended from March 14, 2007 to March 23, 2007. The remaining deadlines in the Case Scheduling Order are modified as follows:

1. All expert discovery shall be closed on or before May 2, 2007;

2. All dispositive motions shall be filed on or before June 2, 2007.

8740\9\1024201.1

Dated this 12th day of March, 2007.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            United States District Judge