IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

AIR CONTROL SCIENCE, INC.,

       Plaintiff,

v.

MARTIN ENGINEERING COMPANY,

       Defendant.
_____

ORDER FOR STAY
_____

      On March 29, 2007, the plaintiff, Air Control Science, Inc., filed a pleading designated "Plaintiff's Notice of Corporate Transaction" informing that on or about February 1, 2007, Air Control sold substantially all of its assets to CCC Group, Inc., a Texas, Corporation, including an assignment of all right, title and ownership interests in Patent Numbers 6,000,533 and 6,176,368 as well as an assignment of its exclusive license in Patent Number 6,135,171.  On April 3, 2007, defendant Martin Engineering Company filed a motion to dismiss the complaint for lack of standing and for a stay of expert discovery scheduled to begin on April 17, 2007.  Upon a review of these papers it is

      ORDERED that all proceedings in this civil action are stayed until further order of court.

      DATED: April 5th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge