## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

### Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00086-RPM (MJW)

CCC Group, Inc., a Texas Corporation

       Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation,

       Defendant.

_____

**AGREED ORDER GRANTING DEFENDANT MARTIN ENGINEERING COMPANY LEAVE TO TAKE LIMITED DISCOVERY OF PLAINTIFF CCC GROUP, INC.**

_____

       The parties filed an Agreed Motion For Leave to Reopen Fact Discovery to Allow Martin To Serve Limited Written Discovery And Take A Rule 30(B)(6) Deposition Of CCC Group, Inc. The Court has reviewed the Motion and finds that good cause has been shown to grant the Agreed Motion.

       IT IS THEREFORE ORDERED that the Defendant, Martin Engineering Company, is granted leave to serve Upon CCC Group, Inc. five (5) additional interrogatories, five (5) additional document requests, and take a Rule 30(b)(6) deposition of CCCG relating to topics of prior art, the ACS acquisition, and CCCG's finances. Martin shall serve written discovery and schedule any deposition such that the discovery is completed within seventy-five (75) days of this Order.

Dated: May 25th , 2007

                                                     BY THE COURT:

                                                   s/Richard P. Matsch

                                                   _____

                                                 Richard P. Matsch, Senior District Judge