IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC., a Texas corporation,

   Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation,

   Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

   Pursuant to the hearing held today, it is

   ORDERED that a pretrial conference is scheduled for **September 14, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

   The original only of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **September 6, 2007.**

   DATED: July 11th, 2007

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge