**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  July 11, 2007
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 05-cv-00086-RPM

| | |
|---|---|
| CCC GROUP, INC., | Peter Korneffel, Jr. |
| | Katie Rothman |
| Plaintiff, | |
| v. | |
| MARTIN ENGINEERING COMPANY, | Mark A. Hagedorn |
| | Dennis McWilliams |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**10:21 a.m.**      **Court in session.**

Court's preliminary remarks.

10:23 a.m.      Argument by Mr. Hagedorn [107].

10:34 a.m.      Argument by Mr. Korneffel.
Further statements by Mr. Hagedorn.

- **ORDERED:**   Martin Engineering Company's Motion for Leave to File Second Amended Answer to Complaint, Affirmative Defenses and Counterclaim of Martin Engineering Company, and to Join Additional Parties, filed March 23, 2007 [107], is denied.

- **ORDERED:**   Plaintiff's Motion in Limine to Exclude Evidence Relating to Advice of Counsel , or in the Alternative, a Motion to Disqualify Barnes and Thornburg, LLP, as Outside Counsel and to Re-Open Fact Discovery, filed February 22, 2007 [99], is moot.

- **ORDERED:**   Martin Engineering Company's Motion to Bifurcate Liability from Damages Issues, and to Stay Further Discovery on Damages Issues, filed March 23, 2007 [109], is denied.

- **ORDERED:**   Pretrial conference scheduled September 14, 2007 at 2:00 p.m.

**10:48 a.m.**      **Court in recess.**

**Clerk's Note:**  Katie Rothman added as attorney for plaintiff.

Hearing concluded, total time: 47 min.