**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**Senior District Judge Richard P. Matsch**

Civil Action No. 05-cv-00086-RPM (MJW)

CCC Group, Inc., a Texas Corporation

       Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

       Defendant.

_____

**AGREED ORDER GRANTING AGREED MOTION FOR LEAVE TO REOPEN FACT DISCOVERY FOR THE PURPOSE OF ALLOWING MARTIN TO TAKE FURTHER DEPOSITION TESTIMONY FROM L. ALAN WEAKLY**

_____

On August 7, 2007, an Agreed Motion For Leave To Reopen Fact Discovery For The Purpose Of Allowing Martin To Take Further Deposition Testimony From L. Alan Weakly was filed. The Court has reviewed the Motion and finds that good cause has been shown to grant the Agreed Motion.

IT IS THEREFORE ORDERED that the Defendant, Martin Engineering Company, is granted leave to issue a Rule 45 subpoena upon L. Alan Weakly and take up to two (2) hours of further deposition testimony from L. Alan Weakly regarding the facts and circumstances surrounding Weakly's proprietary design formulas at a time and place mutually acceptable to the

parties and deponent. The foregoing discovery shall be scheduled such that it is completed by September 7, 2007.

Dated: August 8th , 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch

Senior District Judge