IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC., a Texas corporation,

    Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation,

    Defendant.

_____

ORDER ON DEFENDANT'S MOTION TO AMEND ORDER SETTING PRETRIAL CONFERENCE
_____

    Upon review of the defendant's Motion to Amend Order Setting Pretrial Conference and the plaintiff's opposition, it is

    ORDERED that the portion of the motion requesting a continuance of the pretrial conference set for September 14, 2007, at 2:00 p.m. is denied and it is

    FURTHER ORDERED that the proposed pretrial order submission date is changed from September 6, 2007, to September 12, 2007.

    DATED: September 5th, 2007

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge