IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC., a Texas corporation,

    Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on September 14, 2007, it is

ORDERED that this matter is set for trial to jury on **March 3, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: September 17th, 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge