IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC., a Texas corporation,

    Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the Supplemental Scheduling Order entered today, it is

ORDERED that a final pretrial conference is scheduled for **February 1, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on January 24, 2008.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: September 24th, 2007

                                BY THE COURT:
                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge