IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00086-RPM-MJW

CCC GROUP, INC., a Texas corporation

    Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation

    Defendant.

---

## SUPPLEMENTAL SCHEDULING ORDER

---

1.    By an Order dated September 17, 2007, the Court set the trial in this matter for March 3, 2008. The Court has requested that the parties' jointly agree to a supplemental schedule for all related deadlines.

2.    Pursuant to the Court's Order, the parties have agreed, subject to the Court's approval, to the following pre-trial dates based on the new trial date:

    (a)    Plaintiff's Supplemental Expert Reports: November 6, 2007:

        (i)    Plaintiff will make any expert witnesses preparing a Supplemental Report available for a supplemental deposition at a date and time mutually acceptable to the parties.

    (b)    Expert Motions Under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993):

        (i)    Opening Briefs: December 20, 2007.

        (ii)    Responses: January 9, 2008.

    (iii) Replies: January 23, 2008.

(c) Claim Construction:

    (i) Simultaneous Exchange of List of Claim Terms to be construed (Not to be Filed With the Court): January 4, 2008.

    (ii) Simultaneous Exchange of Proposed Claim Term Constructions Between the Parties (Not to be Filed With the Court): January 11, 2008.

    (iii) Parties confer to identify agreed constructions and claim terms having disputed constructions: January 25, 2008.

(d) Deposition Page Designations:

    (i) Designations Exchanged: February 4, 2008.

    (ii) Counter-designations Exchanged: February 11, 2008.

    (iii) Objections Exchanged and Filed With the Court: February 18, 2008.

(e) Final Pretrial Conference: Subject to the Court's discretion, the Parties request a Final Pretrial Conference to be held by February 1, 2008.

(e) Trial Briefs: to be filed February 18, 2008.

(f) Jury Instructions: Parties submit proposed jury instructions on February 25, 2008.

(g) Jury Trial (15 days): March 3, 2008.

DATED this 24 day of September, 2007.

            BY THE COURT:

            _____
            UNITED STATES DISTRICT COURT JUDGE

APPROVED:

*s/ Peter J. Korneffel, Jr.*
Peter J. Korneffel, Jr., #19836
Kathryn R. Rothman, #37048
Brownstein Hyatt Farber Schreck, P.C.
410 17th, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Email: pkorneffel@bhfs.com

**Attorneys for Plaintiff**

*s/ Dennis M. McWilliams*
Dennis M. McWilliams
Mark A. Hagedorn
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Email: mark.hagedorn@BTLaw.com

Of Counsel:
Peter Gergely
Merchant & Gould
1050 17th Street
Suite 1950
Denver, CO 90265-0100
Telephone (303) 357-1670

**Attorneys for Defendant**

8740\9\1082837.2