**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date: November 20, 2007
Courtroom Deputy: Bernique Abiakam
FTR Technician: Kathy Terasaki

Civil Action No. 05-cv-00086-RPM

| | |
|---|---|
| CCC GROUP, INC., | Peter Korneffel, Jr. |
| | Katie Rothman |
| Plaintiff, | |
| v. | |
| MARTIN ENGINEERING COMPANY, | Peter A. Gergely |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**10:29 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Court's preliminary remarks.

Argument presented on Plaintiff's Expedited Motion To Amend The September 24, 2007 Supplemental Scheduling Order (Filed 10/18/07; Doc. No. 175).

10:32 a.m.      Argument by Mr. Korneffel.

10:34 a.m.      Argument by Mr. Gergely. Questions by the Court.

Argument presented on Defendant Martin Engineering Company's Motion To Compel Production (Filed 10/19/07; Doc. No. 176)

10:39 a.m.      Argument by Mr. Gergely. Questions by the Court.

10:40 a.m.      Argument by Mr. Korneffel. Questions by the Court.

10:41 a.m.      Further argument by Mr. Gergely.

**ORDERED:      Defendant Martin Engineering Company's Motion To Compel Production (Filed 10/19/07; Doc. No. 176)** is DENIED.

10:52 a.m.      Further discussion regarding Plaintiff's Expedited Motion To Amend The September 24, 2007 Supplemental Scheduling Order. **Counsel have agreed to a new schedule, making the motion moot.**

The Court advises counsel that the trial date and the final pretrial conference date will not be changed.

Discussion regarding experts.

The Court advises counsel to submit agreed amended Scheduling Order.

The Court advises Mr. Gergeley that Mr. Hagedorn, lead counsel, is expected to appear at all hearings.

**10:58 a.m.     Court in recess.**
Hearing concluded, total time: 29 min.