# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00086-RPM-MJW

CCC Group, Inc., a Texas corporation

    Plaintiff,

v.

Martin Engineering Company, an Illinois corporation

    Defendant.

**AGREED AMENDED SUPPLEMENTAL SCHEDULING ORDER**

Plaintiff CCC Group, Inc. and Defendant Martin Engineering Company, through their respective attorneys and pursuant to the Court's Order dated November 20, 2007, submit this Agreed Amended Supplemental Scheduling Order and in support thereof, state as follows:

1. At the motions hearing of November 20, 2007, the Court ruled the Plaintiff's Expedited Motion to Amend the September 24, 2007 Supplemental Scheduling Order (Filed 10/18/07; Doc. No. 175) moot in view of counsel agreement. (Courtroom Minutes 11/20/07; Doc. No. 186). The Court further advised the parties that the scheduled trial date and the final pretrial conference dates will not be changed. The Court has requested that the parties' jointly agree to a proposed supplemental schedule for all other related deadlines.

2. Pursuant to the Court's Order, the parties have agreed, subject to the Court's approval, to the following pre-trial dates:

    (a) Plaintiff's Supplemental Expert Reports: December 4, 2007:

        (i) Plaintiff will make any expert witnesses preparing a Supplemental Report available for a supplemental deposition at a date and time mutually acceptable to the parties.

(b) Expert Motions Under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993):

    (i) Opening Briefs: January 4, 2008

    (ii) Responses: January 24, 2008

    (iii) Replies: February 8, 2008

(c) Claim Construction:

    (i) Simultaneous Exchange of List of Claim Terms to be construed (Not to be Filed With the Court): January 11, 2008

    (ii) Simultaneous Exchange of Proposed Claim Term Constructions Between the Parties (Not to be Filed With the Court): January 18, 2008

    (iii) Parties confer to identify agreed constructions and claim terms having disputed constructions: January 25, 2008

(d) Deposition Page Designations:

    (i) Designations Exchanged: February 4, 2008

    (ii) Counter-designations Exchanged: February 11, 2008

    (iii) Objections Exchanged and Filed With the Court: February 18, 2008

(e) Final Pretrial Conference: The parties propose, subject to the Court's approval, a Final Pretrial Conference date of February 1, 2008.

(e) Trial Briefs: February 18, 2008

(f) Jury Instructions: Parties file proposed jury instructions on February 25, 2008

(g) Jury Trial (15 days): March 3, 2008

3. WHEREFORE, pursuant to the Court's Order dated November 20, 2007, the

parties request that the Court set the above pre-trial dates in anticipation for the parties' trial, set to begin March 3, 2008.

DATED this 28th day of November, 2007.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      UNITED STATES DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Peter J. Korneffel* | *s/ Dennis M. McWilliams* |
| Peter J. Korneffel, Jr., #19836 | Dennis M. McWilliams |
| Kathryn R. Rothman, #37048 | Mark A. Hagedorn |
| Brownstein Hyatt Farber Schreck, P.C. | Barnes & Thornburg LLP |
| 410 17th, Suite 2200 | One North Wacker Drive |
| Denver, Colorado 80202 | Suite 4400 |
| Telephone: (303) 223-1100 | Chicago, Illinois 60606 |
| Email: pkorneffel@bhfs.com | Telephone: (312) 357-1313 |
| | Email: mark.hagedorn@BTLaw.com |

**Attorneys for Plaintiff**

Of Counsel:
Peter Gergely
Merchant & Gould
1050 17th Street
Suite 1950
Denver, CO 90265-0100
Telephone (303) 357-1670

**Attorneys for Defendant**

CHDS01 MHAGEDORN 433647v1