# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00086-RPM-MJW

CCC Group, Inc., a Texas Corporation

       Plaintiff,

v.

Martin Engineering Company, an Illinois Corporation

       Defendant.

## ORDER GRANTING DEFENDANT MARTIN ENGINEERING COMPANY LEAVE TO SERVE REBUTTAL EXPERT REPORT IN RESPONSE TO SUPPLEMENTAL REPORT OF PROF. JONATHON NAUGHTON

On December 20, 2007, Defendant filed an Agreed Motion For Leave To Serve Rebuttal Expert Report. The Court has reviewed the Motion and finds that good cause has been shown to grant the Agreed Motion.

IT IS THEREFORE ORDERED that the Defendant, Martin Engineering Company, is granted leave to serve a rebuttal expert report in response to the supplemental expert report of Prof. Jonathon Naughton. Such rebuttal report shall be limited to the new portions of the supplemental Naughton report and any conclusions or opinions based thereon Martin shall serve any such rebuttal report on or before January 25, 2008. The witness shall be made available for a deposition on or before February 8, 2008. Plaintiff shall file any *Daubert* motion to exclude the rebuttal report on or before February 15, 2008.

Dated: December 21st, 2007

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch Senior District Judge