# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00086-RPM-MJW

CCC Group, Inc., a Texas corporation

    Plaintiff,

v.

Martin Engineering Company, an Illinois corporation

    Defendant.

**ORDER GRANTING JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER**

THIS MATTER, having come before the Court on the Parties Joint Motion to Amend the November 28, 2007 Agreed Amended Supplemental Scheduling Order, and the Court having reviewed the Motion, the file, and now being fully advised,

Hereby Orders that the Motion is GRANTED.

The November 28, 2007 Agreed Amended Supplemental Scheduling Order, under paragraph 2, shall be amended to read as follows:

    (d)    Deposition Page Designations:
        (i)    Designations Exchanged: February 4, 2008

        (ii)    Counter-designations Exchanged: February 11, 2008

        (iii)    Plaintiff and Defendant hereby waive any objections they may have to the deposition testimony designated by the parties in this case, with the possible exception of the February 15, 2008

Deposition of Garren Tooker. Accordingly, the designated deposition testimony will be read to the jury, or produced by video, without objection from either side. All colloquy between counsel and objections on the record will be eliminated from the designated deposition testimony to be read or produced by video at trial. Notwithstanding this stipulation, the Plaintiff reserves the right to object to the Defendant's reliance on certain prior art to the extent that prior art was not disclosed in the Defendant's interrogatory responses, as set forth in the Plaintiff's trial brief.

Dated this 20th day of February, 2008.

BY THE COURT:

s/Richard P. Matsch

_____

United States District Judge