## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: February 26, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. 05-cv-00086-RPM

| | |
|---|---|
| CCC GROUP, INC., a Texas corporation, | Peter Korneffel, Jr. |
| | Kathryn Rothman |
| Plaintiff, | Ronald C. Gorsche |
| v. | |
| MARTIN ENGINEERING COMPANY, an Illinois corporation, | Peter A. Gergely |
| | Mark A. Hagedorn |
| Defendant. | |

___

## COURTROOM MINUTES
___

*Daubert* Hearing

**9:58 a.m.** **Court in session.**

Court's preliminary remarks.

10:04 a.m. Statements by Mr. Korneffel and answers questions asked by the Court.

Mr. Korneffel states plaintiff is asserting 78 different systems and infringements.

10:13 a.m. Plaintiff's witness, Jonathan W. Naughton, sworn.

Direct examination of Professor Naughton by Mr. Korneffel.

Plaintiff's Exhibits 945, 190, 926, 928, 967 and 982 identified and referenced.

11:12 a.m. Discussion among Mr. Korneffel, Mr. Hagedorn and Court.

Argument by Mr. Hagedorn.

**ORDERED:** Defendant's Daubert Motion to Bar the Testimony of Plaintiff's Expert Jonathan W. Naughton, filed January 4, 2008 [193, is denied. Testimony of Jonathan W. Naughton permitted. Reference to infringement conclusions from demonstratives are to be excluded.

February 26, 2008
05-cv-00086-RPM

Counsel state there are no objections to the FJC Introduction to Patent System DVD.

**Counsel shall submit video of Mr. Tooker for review.**
**Objections to Exhibits will be ruled on during the course of the trial.**
**Demonstrative exhibits are to be exchanged by noon February 29, 2008 or 24 hours prior to use.**
**Order of proof and corresponding exhibits are to be exchanged prior to the witnesses being called.**

Prior art issue will be dealt with during the course of the trial.

**Issue of Doctrine of Equivalents is part of the case.**
**Issue of Inequitable Conduct will be a separate hearing if necessary.**

**Parties' combined list of witnesses, names and entities are to be submitted by 4:00 p.m. February 28, 2008 (50 copies).**

**11:34 a.m.    Court in recess.**

Hearing concluded.  Total time: 1 hr. 36 min.