IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 3, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-00086-RPM

| | |
|---|---|
| CCC GROUP, INC., a Texas corporation, | Peter Korneffel, Jr. |
| | Katie Rothman |
| Plaintiff, | |
| v. | |
| MARTIN ENGINEERING COMPANY, an Illinois corporation, | Dennis McWilliams |
| | Mark A. Hagedorn |
| Defendant. | Peter A. Gergely |

_____

## COURTROOM MINUTES
_____

**Trial to Jury Day One**

**8:28 a.m.    Court in session.**

Parties' representatives John Fischer (plaintiff) and Todd Swinderman (defendant) present.

Court's preliminary remarks.

Court states its jury selection procedure.

Discussion regarding scheduling

8:36 a.m.    Jurors present.

Court's preliminary remarks and statement of the case to jurors.

All jurors sworn for voir dire.

Eighteen jurors called to the jury box.

Court voir dires jurors.

March 3, 2008
05-cv-00086-RPM

Court excuses for cause jurors:

>100127665
>100120569
>100123273
>100149586

**11:05 a.m. to 11:07 a.m.     Bench Conference:**  Counsel pass jurors for cause.

Plaintiff's challenges:

>100133191
>100153394
>100160164

Defendant's challenges:

>100151818
>100158602
>100128127

Twelve jurors selected to try the case:

>100154406
>100139764
>100127884
>100156900
>100154678
>100139947
>100148581
>100126987
>100153010
>100130007
>100120508
>100133101

Court instructs jurors.
Jurors excused.

Discussion regarding FJC video and opening statements.

Argument by Mr. Kornfeld and Mr. McWilliams regarding claims of inventorship / invalidity.

**ORDERED:   Claim of invalidity for failure to disclose is part of the case and will be presented to the jury.**

March 3, 2008
05-cv-00086-RPM

| | |
|---|---|
| **11:22 a.m.** | **Court in recess.** |
| **11:43 a.m.** | **Court in session.** |

Plaintiff's requests for witness sequestration by Mr. Korneffel.
Defendant's objection and argument by Mr. McWilliams.

**ORDERED:   Witnesses sequestered.**

Jurors present.

Twelve jurors sworn to try the case.

Court instructs jurors.

Introduction to the Patent System DVD shown to jurors.

Court instructs jurors.
Jurors excused.

Discussion regarding use of demonstrative exhibits.

| | |
|---|---|
| **12:10 a.m.** | **Court in recess.** |
| **1:28 p.m.** | **Court in session.** |

Jurors present.

1:32 p.m.     Plaintiff's opening statement by Mr. Korneffel.

2:35 p.m.     Defendant's opening statement by Mr. McWIlliams.

Court instructs jurors.
Jurors excused.

| | |
|---|---|
| **2:55 p.m.** | **Court in recess.** |
| **3:10 p.m.** | **Court in session.** |

Jurors present.

3:11 p.m.     Plaintiff's witness, John Fischer, sworn.

Direct examination of Mr. Fischer by Mr. Korneffel.

**Plaintiff's Exhibits 55, 45 and 431 identified, offered, stipulated and received.**
**Defendant's Exhibit C-18 identified, offered, stipulated and received.**

March 3, 2008
05-cv-00086-RPM

Court instructs jurors.

4:30 p.m.     Jurors excused until 9:00 a.m., March 4, 2008.

Discussion and clarification regarding exhibit list.
**Counsel shall revise and resubmit exhibit lists.**

**ORDERED:** **Objections to Defendant's Designations of Garren Tooker's Preservation Testimony and Objections to Martin's Designation of Testimony Relating Solely to the Issue of Inequitable Conduct, filed February 29, 2008 [245], will be ruled on during the course of the reading of the deposition.**

**ORDERED:** **Defendant Martin Engineering Company's Objections to Plaintiff's Designated Portions of the Transcript of the February 15, 2008 Deposition of Garren Tooker, filed February 27, 2008 [243], will be ruled on during the course of the reading of the deposition.**

Argument by Mr. Korneffel [246].
Argument by Mr. Hagedorn [246].

**ORDERED:** **Plaintiff's Motion to Compel and Motion for Sanctions, filed March 1, 2008 [246], is granted with respect to motion to compel. Counsel are to confer and confirm path on how documents are read (as instructed on record) and denied with respect to motion for sanctions.**

**4:45 p.m.     Court in recess.**

Trial continued.  Total time: 6hrs. 59 min.