IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 13, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Bernique Abiakam (8:58 a.m. to 10:24 a.m.)
Kathy Terasaki

_____

Civil Action No. 05-cv-00086-RPM

| | |
|---|---|
| CCC GROUP, INC., a Texas corporation, | Peter Korneffel, Jr. |
| | Katie Rothman |
| Plaintiff, | |
| v. | |
| MARTIN ENGINEERING COMPANY, an Illinois corporation, | Dennis McWilliams |
| | Mark A. Hagedorn |
| Defendant. | Peter A. Gergely |

_____

## COURTROOM MINUTES
_____

**Trial to Jury Day Nine**

**8:58 a.m.   Court in session.**

Parties' representatives John Fischer (plaintiff) and Todd Swinderman (defendant) present.

**Clerk's note: Sound system off.**

Mr. Korneffel informs the Court that plaintiff has separated damages for each patent which figures will be used during Mr. Pedido's examination. (Counsel's statement made while sound system was off).

**Clerk's Note: Sound system on.**

Jurors present.

9:00 a.m.   Continued direct examination of Mr. Naughton by Mr. Kornefell.

**Plaintiff's Exhibits 967, 905, 988, 1033, 928, 887, 920, 936, 980 and 981 identified, offered, stipulated and received.**
Reference to Plaintiff's Exhibits 911, 979, 966 and 982.

Court instructs jurors.
Jurors excused.

March 13, 2008
05-cv-00086-RPM

Discussion regarding scheduling.

**10:24 a.m.    Court in recess.**
**10:45 a.m.    Court in session.**

Jurors present.

10:46 a.m.    Continued direct examination of Mr. Naughton by Korneffel.

10:48 a.m.    Cross examination of Mr. Naughton by Mr. Hagedorn.

Reference to Plaintiff's Exhibits 7 and 195.
**Plaintiff's Exhibits 907, 945 and 940 identified, offered, stipulated and received.**
**Defendant's Exhibit H-9 identified, offered, stipulated and received.**

11:22 a.m.    Redirect examination of Mr. Naughton by Mr. Korneffel.

Court instructs jurors.
Continued redirect.

11:28 a.m.    Recross examination of Mr. Naughton by Mr. Hagedorn.

11:32 a.m.    Plaintiff's witness, Mark Pedigo, sworn.

Direct examination of Mr. Pedigo by Ms. Rothman.

**Plaintiff's Exhibit 1007 identified, offered, stipulated and received.**

Court instructs jurors.
Jurors excused.

Court instructs counsel to instruct witness.

**12:00 p.m.    Court in recess.**
**1:15 p.m.     Court in session.**

Jurors present.

1:16 p.m.    Continued direct examination of Mr. Pedigo by Ms. Rothman.

Court instructs jurors.
Jurors excused.

Discussion regarding scheduling.

March 13 2008
05-cv-00086-RPM

Defendant tenders a written copy of its Rule 50 motion to the Court.

**3:08 p.m.     Court in recess.**
**3:22 pm.     Court in session.**

Jurors present.

3:24 p.m.     Cross examination of Mr. Pedigo by Mr. Gergely.

**Defendant's Exhibit E-43 identified, stipulated, offered and received.**
Reference to Defendant's Exhibit B-23.

Court instructs jurors.

Jurors excused until 9:15 a.m., March 14 2008.

**ORDERED:     Defendant's Rule 50 Motion for Judgment as a Matter of Law with respect to the '171 Patent on invalidity defenses, improper inventorship, loss profits and willfulness is denied.**

4:31 p.m.     Argument by Mr. Korneffel.

**ORDERED:     Defendant's Rule 50 Motion for Judgment as a Matter of Law with respect to the common law claims is granted.  Counts II and III are dismissed.**

Further argument by Mr. Korneffel.

**ORDERED:     Defendant's Rule 50 Motion for Judgment as a Matter of Law with respect to the '533 and '368 patents are granted.  The patents are invalid.**

**4:42 p.m.     Court in recess.**

Trial continued.  Total time: 6 hrs.  29 min.