**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     March 18, 2008
Courtroom Deputy:   J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-00086-RPM

CCC GROUP, INC., a Texas corporation,                    Peter Korneffel, Jr.
                                                          Katie Rothman

        Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation,    Dennis McWilliams
                                                          Mark A. Hagedorn
        Defendant.                                        Peter A. Gergely
_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Twelve**

**9:00 a.m.        Court in session.**

Parties' representatives John Fischer (plaintiff) and Todd Swinderman (defendant) present.

Discussion regarding scheduling.

Jurors present.

9:02 a.m.        Defendant's witness, Alan W. Roberts, sworn.

Direct examination of Mr. Roberts by Mr. Hagedorn.

Reference to Defendant's Exhibits C-22, A-31, C-44, C-88, A-15, B-47 and G-80.
Defendant's Exhibit G-93 identified, offered and plaintiff's objection sustained.

Court instructs jurors.
Jurors excused.

**10:23 a.m.      Court in recess.**
**10:37 a.m.      Court in session.**

March 18, 2008
05-cv-00086-RPM

Jurors present.

10:39 a.m.      Continued direct examination of Mr. Roberts by Mr. Hagedorn.

Reference to Plaintiff's Exhibit A-15.

11:11 a.m.      Cross examination of Mr. Roberts by Mr. Korneffel.

Reference to Plaintiff's Exhibits 1057, 137 and 153.
Reference to Defendant's Exhibit A-15.

Court instructs jurors.
Jurors excused.

Discussion regarding scheduling.

**Court instructs counsel to consider making a record regarding the use and reference to power point slides as demonstrative exhibits.**

**12:00 p.m.      Court in recess.**
**1:23 p.m.       Court in session.**

Jurors present.

1:25 p.m.       Continued cross examination of Mr. Roberts by Mr. Korneffel.

Reference to Defendant's Exhibits A-29, B-47 and C-88.

1:36 p.m.       Redirect examination of Mr. Roberts by Mr. Hagedorn.

Reference to Defendant's Exhibit A-31.

Defendant rests.

1:44 p.m.       Plaintiff's rebuttal witness, John Naughton, recalled.

Direct examination of Mr. Naughton by Mr. Korneffel.

Reference to Plaintiff's Exhibit 7.
Reference to Defendant's Exhibits B-47 and A-15.

1:56 p.m.       Cross examination of Mr. Naughton by Hagedorn.

Reference to Plaintiff's Exhibit A-15.

March 18 2008
05-cv-00086-RPM

2:02 p.m.        Redirect examination of Mr. Naughton by Mr. Korneffel.

Reference to Defendant's Exhibit A-15.

Court instructs jurors.
Jurors excused until 9:00 a.m., March 19 2008**.**

Defendant tenders a copy of its Second Motion for Judgment as a Matter of Law Pursuant to Rule 50(a) [268].

**2:11p.m.        Court in recess.**
**2:36 pm.        Court in session.**

2:37 p.m.        Argument by Mr. Korneffel in opposition to defendant's motion [268].
2:51 p.m.        Argument by Mr. Gergely in support of defendant's motion [268].

Court's oral findings as stated on record.

**ORDERED:     Defendant's Second Motion for Judgment as a Matter of Law Pursuant to Rule 50(a), filed March 18, 2008 [268], is denied but may be revisited after the jury's verdict.**
**Issue of On Sale Bar is ruled out as a matter of law.**

Court and counsel review proposed instructions and verdict form.
Counsel state objections, make arguments and Court state its rulings.

Discussion regarding closing arguments.

**Counsel agree to exclude certain identified exhibits  for the limited purpose of submission to the jury but excluded exhibits will still remain part of the record as received during the course of the trial.**
**Following received exhibits are excluded: (A4, A10, B30, B40, B97, C17, C70, D62, D63,E5, E15, G56 and G57)**
**(4. 11. 30. 40. 195 except for pgs.** 1-3, 6, 16, 21-22, 26 and 33**. 196 except pgs.** 1-3, 6, 10, 16, 20, 23, 25 and 32**. 201 except pg.** 1**. 207 except pg.** 1**. 208 except pgs.** 1-2**. 271 except pgs.** 1-2**. 271 except pgs.** 1-2**. 298 except pg.** 1**. 312 except pgs.** 1 and 56**. 313 except pgs.** 1 and 11-12**. 316 except pgs.** 1-7**. 521 except pgs.** 1-2**. 843 except pgs.** 1-2, 10 and 14**. 940. 966 except pgs.** 1-2, 5, 7, 78, 82, 90, 112, 130, 662, 663, 668, 670, 673, 679, 680, 681, 682, 684, 687, 691, 693, 695, 701, 704, 710, 711, 713, 714, 717, 719, 722, 725, 741 and 762**. 967 except pgs.** 1, 13, 23, and 33**. 968 except pgs.** 1-3, 6, 14 and 20**. 977 except pgs.** 1, 8, 12, 22, 26, 32, 33, 43 and 48**. 979 except pgs.** 1, 8, 10, 62, 64, 68, 80, 89, 93, 95, 104, 107, 109, 121, 130, 134 and 138**. 980 except pgs.** 1, 11-13**. 981 except pgs.** 1, 6, 22 and 38**. 984 except pgs.** 1, 5, 11, 23, 47, 56, 61, 67 and 68**. 985 except pgs.** 1, 5, 8-10, 47-48, 54, 71-72 and 80**. 986 except pgs.** 1-2, 5, 10, 43, 51 and 55**. 988 except pgs.** 1, 3 and 50**. 990 except pgs.** 1, 4, 8, 28, 110-111 and 125**. )**

March 18 2008
05-cv-00086-RPM

**Counsel further agree to prepare jury exhibit index lists identifying agreed/received exhibits to be submitted to the jury**.

**3:25 p.m.          Court in recess.**

Trial continued.  Total time: 5 hrs. 02 min.