IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00086-RPM-MJW

CCC Group, Inc.,
a Texas Corporation,

       Plaintiff,

v.

Martin Engineering Company,
an Illinois Corporation,

       Defendant.

---

## ORDER FOR STAY

---

Pursuant to the court's order dated January 5, 2009, final judgment was entered under Rule 54(b) with respect to all claims, defenses and counterclaims in this action, with the exception of the Defendant's counterclaim for a declaration of inequitable conduct. The Defendant's motion pursuant to 35 U.S.C. § 285 for an award of attorney fees and the Defendant's motion for review of the Clerk's Taxation of Costs also remain to be adjudicated.

Because the determination of an appeal could affect the issues yet to be adjudicated, further proceedings in this action are stayed pending the outcome of any appeal from the final judgment entered on January 5, 2009.

Dated: January 5, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge