IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC.,

       Plaintiff,

v.

MARTIN ENGINEERING COMPANY,

       Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the hearing on June 4, 2009, it is

ORDERED that this matter is set for trial to the Court on **September 1, 2009, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: June 8th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge