IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC.,

                Plaintiff,

v.

MARTIN ENGINEERING COMPANY,

                Defendant.

_____

ORDER SETTING FINAL PRETRIAL CONFERENCE
_____

Pursuant to the hearing held on June 4, 2009, it is

ORDERED that a final pretrial conference is scheduled for **August 21, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **August 13, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: June 12th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge