IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00086-RPM

CCC GROUP, INC.,

                    Plaintiff,
v.

MARTIN ENGINEERING COMPANY,

                    Defendant.

_____

ORDER GRANTING MOTION TO WITHDRAW CLAIM FOR ATTORNEY FEES,
COSTS AND EXPENSES AND TERMINATING ACTION
_____

        Pursuant to the Defendant's Motion to Withdraw Claim for Attorney Fees, Costs

and Expenses as Moot [416], it is

        ORDERED that the motion is granted and it is

        FURTHER ORDERED that this case is now terminated with prejudice.

        DATED: March 16th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch


                              _____
                              Richard P. Matsch, Senior Judge