**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 05-cv-00086-RPM

CCC GROUP, INC., a Texas corporation,

    Plaintiff,

v.

MARTIN ENGINEERING COMPANY, an Illinois corporation,

    Defendant.

_____

**ORDER RETURNING EXHIBITS AND DEPOSITIONS**
_____

The Court having entered the Order terminating this Action on March 16, 2010, [416] based on the parties' representation that all issues have been resolved, now determines that the exhibits and depositions retained in this case should be returned to their respective parties. Accordingly, it is

ORDERED that the exhibits and depositions retained in this case are returned to the parties and counsel for plaintiff and defendant are directed to contact the Court's Courtroom Deputy, Mr. Smith, at 303-335-2112 to make the appropriate arrangements.

DATED at Denver, Colorado this 19th day of March, 2010.

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge
                                                      United States District Court